UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTISTS RIGHTS ENFORCEMENT CORPORATION, | |
| Plaintiff, | 25 Civ. 10381 (KPF) |
| -v.- | **ORDER** |
| DIONNE WARWICK, | |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

Defendant's amended answer and counterclaims is due on or before

**April 10, 2026**, and the parties' proposed briefing schedule and revised Case

Management Plan are due on or before **April 17, 2026**.

SO ORDERED.

Dated:    April 1, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge