# MOUND COTTON WOLLAN & GREENGRASS LLP

COUNSELLORS AT LAW
ONE NEW YORK PLAZA
NEW YORK, NY 10004-1901

(212) 804-4200
FAX: (212) 344-8066
WWW.MOUNDCOTTON.COM

NEW YORK, NY
FLORHAM PARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
FORT LAUDERDALE, FL
HOUSTON, TX

GLENN GREENBERG
OF COUNSEL
212-804-4254
ggreenberg@moundcotton.com

April 17, 2026

*Via ECF*

The Honorable Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re:   *Plaintiff Enforcement Corporation v. Dionne Warwick*, Case. No. 25-CV-10381

Dear Judge Failla:

In light of the initial pretrial conference and the Amended Counterclaims, Plaintiff will not file a motion to partially dismiss the Amended Counterclaims.

As a result, Plaintiff amends its statement regarding the scope of discovery as it anticipates it may need to undertake additional discovery than previously noted, including, but not limited to, seeking documents and/or depositions from Primary Wave, Sony, and Warner Music Group and their employees.

Enclosed is the amended proposed case management order.  Per discussion with Defendant's counsel, we have added seventeen days to all of the deadlines.

Respectfully,

/s/ Glenn Greenberg

Glenn Greenberg

The Court understands that Plaintiff no longer wishes to file a motion to partially dismiss Defendant's amended counterclaims.

The Court will enter the amended Case Management Plan under separate cover.

The Clerk of Court is directed to terminate the pending motion at docket entry 18.

Dated:    April 20, 2026          SO ORDERED.
          New York, New York


                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE