MELONI & McCAFFREY LLC
ATTORNEYS AT LAW
3 Columbus Circle | 15th Floor
New York, New York 10019
Telephone: (212) 520-6090
Facsimile: (917) 210-3758
www.m2lawgroup.com

Robert S. Meloni

Writer's Direct Telephone: (917) 331-9556
Writer's Email: rmeloni@m2lawgroup.com

October 9, 2026

***VIA ECF***

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: *Artists Rights Enforcement Corporation v. Warwick,* Case. No. 25-CV-10381

Dear Judge Failla:

I represent Dionne Warwick, the Defendant and Counterclaimant in the above-referend action. I am writing to request a further modification to section 6(f) of the Case Management Order [Dkt. Nos. 20, 38 and 42] of all of the deadlines. The Court has already extended that deadline to accommodate the Plaintiff (Dkt. No. 42) and the Defendant (Dkt. No. 38). Defendant respectfully requests that the deadline be moved to October 23, 2026 for the purpose of Defendant taking the depositions of Plaintiff's non-retained experts Ira Greenberg, Esq. and Marina A. Lewis, Esq. who were identified in Plaintiff's Rebuttal Expert Disclosures served on September 25, 2026, and again identified in Plaintiff's Amended Rebuttal Expert Disclosures dated October 8, 2026. Counsel for Plaintiff has consented to this request, subject to the Court's approval, so long as the deadlines to file summary judgment and *Daubert* motions are extended to and including November 23, 2026, and the court issues its order to modify the foregoing today.

The parties have completed the depositions of both Plaintiff's retained expert as well as Defendant's retained expert.

Mr. Greenberg has been out of town and I have not been able to discuss with him whether he would submit to a deposition. Counsel for Plaintiff has previously told me that Mr. Greenberg would submit to a deposition during the week of October 12, 2026 after he returns from his trip.

Per my request, Plaintiff amended its rebuttal expert disclosures to provide additional information regarding its non-retained experts, including Ms. Lewis. Plaintiff's did so on October 8, 2026. Defendant has now decided to depose Ms. Lewis and needs the extra time to do so. Since I have not contacted Ms. Lewis, I cannot say with any certainty today if she will be available next week so my request is to extend the expert deadline for two additional weeks.

Accordingly, Defendant respectfully request that all of the deadlines are extended as follows:

Deadline to complete expert discovery: October 23, 2026

Deadline to file *Daubert* and summary judgment motions: November 23, 2026

Respectfully submitted,

MELONI & McCAFFREY LLC

By: ______________________________
Robert S. Meloni

cc: Glenn Greenberg (via email and ECF)

Application GRANTED.

The parties' deadline to complete expert discovery is hereby ADJOURNED to on or before **October 23, 2026.** Plaintiff's deadline to file initial *Daubert* and summary judgment motions is hereby ADJOURNED to on or before **November 23, 2026;** opposition papers shall be due on or before **December 28, 2026;** and reply papers shall be due on or before **January 19, 2027.**

On or before **November 23, 2026,** Defendant shall inform the Court if she intends to file a cross-motion for summary judgment and propose a briefing schedule for cross-motions.

The Clerk of Court is directed to terminate the motion at docket entry 47.

Dated: October 9, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE